# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

WESLEY STEVEN BOHANNON,



FILED

JAN 22 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 19   039   CRB

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) - Possession of Child Pornography;
18 U.S.C. § 2253 - Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this ___22___ day of
___JAN. 2019___.

Stephen Ybarra
_____
Clerk

Bail, $_____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment A

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ WESLEY STEVEN BOHANNON

**DISTRICT COURT NUMBER**
CR 19 039

FILED
JAN 22 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
San Francisco Superior Court

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**
Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations - TFO Chris Servat

☒ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Sloan Heffron

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT A TO PENALTY SHEET

**COUNT ONE: 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) - Possession of Child Pornography**
<u>Maximum Penalties</u>:
- Imprisonment: 20 years
- Supervised Release: life (mandatory minimum of 5 years' supervised release)
- Fine: $250,000
- Special Assessment: $5,100 [18 U.S.C. §§ 3013(a)(2)(A) and 3014(a)]
- Forfeiture and Restitution
- Restitution

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3

4

5                                                              FILED

6                                                             JAN 22 2019

7                                                           SUSAN Y. SOONG
                                                        CLERK, U.S. DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,            )  CASE NO.  CR 19  039 CRB
                                         )
13        Plaintiff,                     )
                                         )  VIOLATION:
14     v.                                )  18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession
                                         )  of Child Pornography;
15  WESLEY STEVEN BOHANNON,              )  18 U.S.C. § 2253 – Criminal Forfeiture
                                         )
16        Defendant.                     )  [UNDER SEAL]

17
                               I N D I C T M E N T
18

19  The Grand Jury charges:

20  COUNT ONE:      (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

21        Beginning on a date unknown, but continuing through on or about March 15, 2018, in the

22  Northern District of California, the defendant,

23                           WESLEY STEVEN BOHANNON,

24  did knowingly possess matter which contained at least one visual depiction that had been shipped and

25  transported using a means and facility of interstate and foreign commerce, and in and affecting interstate

26  and foreign commerce, and that was produced using materials that had been mailed, shipped, and

27  transported in and affecting interstate and foreign commerce, by a means and facility of interstate and

28  foreign commerce, including by computer, the production of which involved the use of a minor who had

INDICTMENT

not yet attained twelve (12) years of age engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

<u>FORFEITURE ALLEGATION:</u>    (18 U.S.C. §§ 2253(a) - Criminal Forfeiture)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense alleged in Count One, the defendant,

WESLEY STEVEN BOHANNON,

shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property to be forfeited includes, but is not limited to, the following items seized from the defendant on or about March 15, 2018:

    a. One (1) Acer "E5-521-844N" laptop computer, serial number NXMLFAA023451049E93400;

    b. One (1) Western Digital "WD10JPVX" hard drive, serial number WXB1AA41PH2K.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

INDICTMENT                                        2

|     |                                                                                           |
| --- | ----------------------------------------------------------------------------------------- |
| 1   | c.   has been placed beyond the jurisdiction of the court;                                |
| 2   | d.   has been substantially diminished in value; or                                       |
| 3   | e.   has been commingled with other property which cannot be divided without              |
| 4   | difficulty,                                                                               |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

All in violation of Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 1-22-2019

A TRUE BILL.

_____
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

_____
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _Sloan Heffron_ )
SLOAN HEFFRON
Assistant United States Attorney

INDICTMENT                                  3