
**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Joseph C. Spero<br>Chief U.S. Magistrate Judge | **RE:** | Wesley BOHANNON |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:19-cr-00039-CRB-1 |
| **Date:** | 3/29/19 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                                             510-637-3752

U.S. Pretrial Services Officer                                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ **Modification(s)**

1) **The defendant shall not frequent or loiter within 100 feet of any location where children are likely to gather, including but not limited to schools, daycare facilities, arcades, children's museums, public swimming pools, theme parks, playgrounds, parks, or other specific locations as designated by Pretrial Services;**
2) **The defendant shall not access via the Internet any pornography or other materials depicting sexually explicit conduct. The defendant shall not access via the Internet or through any other medium any pornography that depicts minors or sexually explicit materials that depict minors; and**
3) **The defendant shall register with the state sex offender registration agency as required by state law.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____                           March 29, 2019
**JUDICIAL OFFICER**                                                          **DATE**