| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| 2 | Acting Federal Public Defender<br>Northern District of California |
| 3 | DAVID RIZK<br>Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106<br>450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102<br>Telephone:  (415) 436-7700 |
| 6 | Facsimile:   (415) 436-7706<br>Email:         david_rizk@fd.org |
| 7 | |
| 8 | Counsel for Defendant BOHANNON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY STEVEN BOHANNON,<br><br>Defendant. | **Case No.:** CR 2019–39 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE**<br>**RESTITUTION HEARING** |

Defendant Wesley Bohannon is currently scheduled for a restitution hearing on October 5, 2021. Defense and government counsel continue to discuss an agreement, and therefore, stipulate that the matter be continued to October 20, 2021 at 1:30 p.m.

\\

\\

\\

\\

\\

[PROPOSED] ORDER TO CONTINUE
*BOHANNON*, CR 2019–39 CRB

IT IS SO STIPULATED.

Respectfully submitted,

Dated:   October 4, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

           /S/
DAVID RIZK
Assistant Federal Public Defender

Dated:   October 4, 2021

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

           /S/
DAN KARMEL
Assistant United States Attorney

IT IS SO ORDERED.

 October 6, 2021
 Dated

CHARLES R. BREYER
Senior United States District Judge

[PROPOSED] ORDER TO CONTINUE
*BOHANNON*, CR 2019–39 CRB