PROPOSED ORDER/COVER SHEET

TO:   **Honorable Joseph C. Spero**          RE:   **Wesley Steven Bohannon**
      **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**              Docket No.:   **0971 3:19CR00039** CRB (JCS)
        **U.S. Pretrial Services Officer**

Date:   **1/20/22**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Kim Do                                      (408) 535-5224

U.S. Pretrial Services Officer              **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge _____ Presiding  District Court Judge _____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Modification(s)

      A.   _____

      B.   _____

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

_____              January 20, 2022
**JUDICIAL OFFICER**                        **DATE**